**Abatement Order filed March 8, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00534-CV

———————

### ABRAHAM CASAREZ AND ADELA CASAREZ, Appellants

### V.

### UNITED PARCEL SERVICE, INC., Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2019-38019**

---

## ABATEMENT ORDER

On March 1, 2022, appellants notified this court that the parties had reached an agreement to settle the issues on appeal and requested that the appeal be abated for completion of the settlement. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until **May 9, 2022**. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Bourliot and Spain.